# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2276 Disciplinary Docket No. 3 |
| | : | |
| JENNIFER AMI HOFFMAN | : | Board File No. C3-16-362 |
| | : | |
| | : | (United States Bankruptcy Court for the |
| | : | Middle District of Pennsylvania, Misc. No. |
| | : | 1:16-mp-00001) |
| | : | |
| | : | Attorney Registration No. 90769 |
| | : | |
| | : | (Dauphin County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of July, 2016, having failed to reply to this Court's directive of June 10, 2016, to provide reasons against the imposition of a reciprocal suspension, Jennifer Ami Hoffman is suspended from the practice of law in this Commonwealth for a period of six months. She is directed to comply with all the provisions of Pa.R.D.E. 217.

Justice Mundy did not participate in the consideration or decision of this matter.